# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: SUZANNE LETITIA BOLGER** <br> Debtor. | **Bankruptcy Case No. 19-16411** |
| **SUZANNE LETITIA BOLGER,** <br> Plaintiff, <br> v. <br> **WILLIAM C. MILLER, KENNETH E. WEST, and UNITED STATES TRUSTEE,** <br> Defendants. | **CIVIL ACTION NO. 21-5052** |

## ORDER

**AND NOW,** this 4th day of April 2022, upon consideration of the Briefing Schedule [Doc. No. 3] which set a deadline of January 7, 2022 for Appellant's brief, and noting that Appellant's brief has not been filed, it is hereby **ORDERED** that Appellant shall **SHOW CAUSE** no later than **April 14, 2022**, why the appeal should not be dismissed pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(4).

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**